UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PHH MORTGAGE CORPORATION, | Case No. 2:16-cv-02795-MMD-NJK |
| Plaintiff, | ORDER |
| v. | |
| SATICOY BAY LLC SERIES 7712 BEACH FALLS, A Nevada limited liability company; DESERT CREEK OWNERS ASSOCIATION, a Nevada non-profit corporation, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 2403 and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General for the State of Nevada that Plaintiff PHH Mortgage Corporation has drawn into question the constitutionality of NRS § 116.3116 *et. seq.* The Clerk is directed to serve a copy of this certification order on the Nevada Attorney General.

DATED THIS 7th day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE