1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No. 12294
   atrippiedi@bohnlawfirm.com
4  NIKOLL NIKCI, ESQ.
   Nevada Bar No.: 10699
5  nnikci@bohnlawfirm.com
   LAW OFFICES OF
6  MICHAEL F. BOHN, ESQ., LTD.
   2260 Corporate Circle, Ste. 480
7  Henderson, Nevada  89074
   (702) 642-3113/ (702) 642-9766 FAX
8
   Attorney for Saticoy Bay LLC Series 7712 Beach Falls

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHH MORTGAGE CORPORATION

      Plaintiff,

vs.

SATICOY BAY LLC SERIES 7712 BEACH FALLS, a Nevada limited liability company; DESERT CREEK OWNERS ASSOCIATION, INC., a Nevada non-profit corporation; ARLENE E. VEGA, an individual,

      Defendants.

CASE NO.:  2:16-cv-02795-MMD-NJK

**SUBSTITUTION OF ATTORNEYS**

    Saticoy Bay LLC Series 7712 Beach Falls, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

    DATED this 30th day of July, 2018.

By: _____
    Iyad "Eddie" Haddad

1

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Saticoy Bay LLC Series 7712 Beach Falls, in the above entitled matter.

DATED this 30th day of July, 2018.

    LAW OFFICES OF
    MICHAEL F. BOHN, ESQ., LTD.

    By:/s/Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Saticoy Bay LLC Series 7712 Beach Falls.

DATED this 29th day of July, 2018.

    GEISENDORF & VILKIN, PLLC

    By: /s/ Charles L. Geisendorf
    Charles L. Geisendorf, Esq.
    Nevada Bar No. 6985
    2470 St. Rose Parkway, Suite 309
    Henderson, NV 89074

IT IS SO ORDERED.
Dated: July 31, 2018
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge