Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHH Mortgage Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Saticoy Bay LLC Series 7712 Beach Falls, a Nevada limited liability company; Desert Creek Owners Association, a Nevada non-profit corporation; Arlene E. Vega, an individual,<br><br>Defendants. | Case No. 2:16-cv-02795-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(Second Request) |
| Desert Creek Homeowners Association Inc.,<br><br>Third Party Plaintiff<br><br>vs.<br><br>Nevada Association Services, Inc.<br><br>Third-Party Defendant | |

Pursuant to Fed. R. Civ. P. 16(b)(4), LR IA 6-1 and LR 26-4, Plaintiff PHH Mortgage Corporation ("PHH"), Defendant Saticoy Bay LLC Series 7712 Beach Falls ("Saticoy"), and Defendant Desert Creek Owners Association, Inc. (collectively, the "Parties") by and through their undersigned counsel of record, hereby stipulate to extend the deadline to file dispositive motions to September 18, 2018. This is the Parties second request for an extension of the subject deadline. This brief extension

DMWEST #18036390 v1

will accommodate the vacation schedule of counsel for PHH. The Parties make this request in good faith and not for the purposes of delay.

IT IS SO STIPULATED this 30th day of August, 2018.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

LAW OFFICES OF MICHAEL BOHN, ESQ., LTD

By: /s/ *Adam R. Tripiedi*
Michael F. Bohn, Esq.
Nevada Bar No.: 1641
Adam R. Trippiedi, Esq.
Nevada Bar No.: 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for Defendant Saticoy Bay LLC Series 7712 Beach Falls*

PENGILLY LAW FIRM

By: /s/ *Elizabeth B. Lowell*
James W. Pingilly, Esq.
Nevada Bar No. 6085
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134

*Attorneys for Desert Creek Owners Association, Inc.*

ORDER

**IT IS SO ORDERED.**

_____
United States District Judge
DATED: September 4, 2018

2