Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHH Mortgage Corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>Saticoy Bay LLC Series 7712 Beach Falls, a Nevada limited liability company; Desert Creek Owners Association, a Nevada non-profit corporation; Arlene E. Vega, an individual,<br><br>          Defendants. | Case No. 2:16-cv-02795-MMD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Desert Creek Homeowners Association Inc.,<br><br>          Third-Party Plaintiff<br><br>vs.<br><br>Nevada Association Services, Inc.<br><br>          Third-Party Defendant | |

Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff PHH Mortgage Corporation ("PHH"), Defendant Saticoy Bay LLC Series 7712 Beach Falls ("Saticoy") and Defendant Desert Creek Homeowners Association (the "HOA"), through their respective attorneys, stipulate as follows:

1. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the

1 Complaint, shall be DISMISSED with prejudice.

2. Based on the settlement, the Parties further agree to set aside the recent judgement (ECF No. 80).

3. As Arlene Vega has not appeared in this action, PHH hereby voluntarily dismisses its claims against her pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

4. The Parties further stipulate and agree that the Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instrument Number 20170104-0002406 be EXPUNGED.

5. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

{Continued on Next Page}

6. Each party shall bear its own attorneys' fees and costs.

Dated: August 26, 2019

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
   Joel E. Tasca
   Nevada Bar No. 14124
   Holly Ann Priest
   Nevada Bar No. 13226
   1980 Festival Plaza Drive, Suite 900
   Las Vegas, Nevada 89135

*Attorneys for PHH Mortgage Corporation*

LAW OFFICES OF MICHAEL BOHN, ESQ., LTD

By: /s/ *Michael F. Bohn*
   Michael F. Bohn, Esq.
   Nevada Bar No.: 1641
   Adam R. Trippiedi, Esq.
   Nevada Bar No.: 12294
   2260 Corporate Circle, Suite 480
   Henderson, Nevada 89074

*Attorneys for Defendant Saticoy Bay LLC Series 7712 Beach Falls*

LEACH KERN GRUCHOW ANDERSON SONG

By: /s/ *J. Tyler King*
   Sean L. Anderson, Esq.
   Nevada Bar No. 7259
   J. Tyler King, Esq.
   Nevada Bar No. 14895
   2525 Box Canyon Drive
   Las Vegas, Nevada 89128

*Attorneys for Desert Creek Owners Association, Inc.*

## ORDER

IT IS SO ORDERED.

_____
United States District Judge
DATED: August 26, 2019